**Motion GRANTED.**
*[signature]*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KIMBERLY ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:13-cv-0304 |
| | ) | JURY DEMAND |
| v. | ) | |
| | ) | |
| MCINTOSH CONSTRUCTION, LLC; | ) | JUDGE TRAUGER |
| VANTACORE PARTNERS LP, | ) | MAGISTRATE JUDGE KNOWLES |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMIT SET FOR DISPOSITIVE MOTION BRIEFS**

Defendants McIntosh Construction, LLC ("McIntosh") and VantaCore Partners LP ("VantaCore") (collectively referred to as "Defendants") respectfully move for leave to exceed the twenty (20) page limitation set by the Case Management Order on the length of Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment. [Dkt. No. 10]. In support of this Motion, Defendants state that three (3) additional pages are needed in order to adequately respond to Plaintiff's allegations and fully explain Defendants' position as to why summary judgment is appropriate in the case.

Therefore, Defendants respectfully request that this Court grant them leave to exceed the page limitation by three (3) pages and consider Defendants' Memorandum of Law in its entirety.