IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| | | |
|---|---|---|
| KIMBERLY ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:13-0304 |
| | ) | |
| McINTOSH CONSTRUCTION, LLC, | ) | Judge Trauger |
| and VANTACORE PARTNERS, LP, | ) | Magistrate Judge Knowles |
| | ) | JURY DEMAND |
| Defendant. | ) | |

## MOTION FOR LEAVE TO FILE EXCESS PAGES

Comes now Plaintiff, Kimberly Anderson, by and through undersigned counsel, and pursuant to Rule 16(b)(4), F.R.C.P., respectfully moves this Court for leave to file an additional four (4) pages in excess of twenty-five (25), the limitation set forth in the Order of May 8, 2014. (D.E. No. 28). For cause, Plaintiff states that Plaintiff has reduced her response; however, in order to fully respond and support Plaintiff's position, she requires an additional four (4) pages.

Wherefore, good cause being shown, and in the interest of fairness and being able to adequately respond to Defendant's Motion, the Plaintiff respectfully moves this Court to enter an order allowing her to exceed the twenty-five page limitation for her brief in opposition to Defendant's Motion for Summary Judgment.

Respectfully submitted,

/s/ Andy L. Allman
Andy L. Allman, BPR No. 17857
ANDY L. ALLMAN & ASSOCIATES
103 Bluegrass Commons Blvd.
Hendersonville, TN 37075
Telephone: (615) 824-3761
andy@andylallman.com

*Counsel for Plaintiff, Kimberly Anderson*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing has been forwarded by electronic means via the Court's electronic filing system this 12th day of May, 2014.

Lawrence S. Eastwood, Jr., Esq.
Megan M. Sutton, Esq.
Baker, Donelson, Bearman,
Caldwell & Berkowitz, PC
Baker Donelson Center, Suite 800
211 Commerce Street
Nashville, Tennessee  37201

                                          /s/Andy L. Allman
                                          Andy L. Allman