# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| KIMBERLY ANDERSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | )   Case No. 3:13-cv-0304 |
| v. | )   Judge Aleta A. Trauger |
| | ) |
| MCINTOSH CONSTRUCTION, LLC, | ) |
| VANTACORE PARTNERS LP, | ) |
| | ) |
|     Defendant, | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum, the defendants' Motion for Summary Judgment (Docket No. 15) is **GRANTED**. The plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**. Entry of this Order shall constitute judgment in the case.

It is so **ORDERED**.

Enter this 28th day of May 2014.

_____
ALETA A. TRAUGER
United States District Judge

1